JS-6

| | |
|---|---|
| JOSEPH A. UNGARO II (SBN 315190)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>445 South Figueroa Street Suite 3000<br>Los Angeles, CA 90071<br>Telephone: (213) 312-2000<br>Facsimile: (213) 312-2001<br><br>Attorneys for Defendant<br>NAVIGATORS INSURANCE COMPANY | |

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERYL WEINER, an individual; ROXBURY HEALTHCARE SERVICES, LLC, a California corporation; S&W HEALTH MANAGEMENT SERVICES, INC., a California corporation; and SYCAMORE HEALTHCARE SERVICES, LLC, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY, an Arkansas corporation; CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS 456923 AND 463167; EXECUTIVE RISK INDEMNITY INC., a Delaware corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a California corporation; STEADFAST INSURANCE COMPANY, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 19-904-GW-PLAx<br><br>[Former Los Angeles County Superior Court Action, Case No. BC719080]<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT** |

On February 21, 2019, the Parties to the above-referenced Action filed a Stipulation to Remand Action to State Court. The Court having reviewed that Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;

2. United States District Court Central District of California case number 2:19-cv-00904-GW-PLA is hereby remanded to the Los Angeles County Superior Court.

**IT IS SO ORDERED:**

Dated: February 27, 2019

_____
GEORGE H. WU, U.S. DISTRICT JUDGE